UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jason Earl Sloan**                                                                 **Docket No. 2:03-CR-16-1BO**

### Petition for Action on Supervised Release

COMES NOW Lakesha H. Wright, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jason Earl Sloan, who, upon an earlier plea of guilty to Armed Bank Robbery and Aiding and Abetting, in violation of 18 U.S.C. §§ 2113(a), 2113(d), and 2; and Use and Carry a Firearm During and In Relation to a Crime of Violence and Aiding and Abetting, in violation of 18 U.S.C. §§ 924(c)(1)(A) and 2, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on November 10, 2004, to the custody of the Bureau of Prisons for a term of 157 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Jason Earl Sloan was released from custody on January 28, 2015, at which time the term of supervised release commenced.

On January 3, 2018, a Violation Report was submitted to the court advising that on December 25, 2017, the defendant was arrested and charged with Carrying a Concealed Weapon and Possession of Drug Paraphernalia (17CR50609) in Perquimans County, North Carolina. It was also noted that on the date of the offense, a search of Sloan's vehicle revealed a hatchet, a pipe and bowl used to ingest illegal narcotics, three butane lighters, an empty beer can, and a pipe containing a small amount of marijuana residue. Additionally, a bag containing approximately 2 grams of marijuana was located inside of a purse belonging to Sloan's passenger, Jill Coker. Moreover, a search of the defendant's person subsequent to his arrest, resulted in the recovery of a plastic baggie containing an unknown white substance. Prior to departing the scene, Ms. Coker informed the deputy that she and Sloan had been living in his car for three weeks. Sloan was released on a $3,000 secured bond on December 25, 2017. The defendant was subsequently confronted by the undersigned probation officer about the aforementioned charges. He ultimately accepted responsibility for the items located inside his vehicle. He also admitted and provided a written statement acknowledging that he used marijuana a couple of times in November 2017, and one week prior to December 25, 2017. Additionally, Sloan admitted that he knew Ms. Coker used marijuana. With regard to his living situation, the defendant stated that he was residing with his parents, not inside his vehicle. In response to the violations, the court was informed that Sloan was scheduled to undergo a substance abuse assessment with PORT Human Services in Elizabeth City, North Carolina. It was ultimately recommended of the court that no action be taken with regard to the other violations until additional information could be gathered about the defendant's living arrangements.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

As mentioned above, it was respectfully requested that no action be taken in response to Sloan's violations until additional information could be gathered regarding the defendant's living arrangements. On January 10, 2018, the undersigned probation officer concluded the investigation of the defendant's living arrangements, and thereby, approved for Sloan to reside with his sister. As such, in response to the violations, it is respectfully requested that the defendant be ordered to abide by a curfew with electronic monitoring for a period of 60 days, and that he participate in the DROPS program. Sloan signed a Waiver of Hearing agreeing to the proposed modifications of supervision.

Jason Earl Sloan
Docket No. 2:03-CR-16-1BO
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days.

2. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Lakesha H. Wright<br>Lakesha H. Wright<br>U.S. Probation Officer<br>306 East Main Street, Room 306<br>Elizabeth City, NC 27909-7909<br>Phone: 252-830-2348<br>Executed On: January 12, 2018 |

### ORDER OF THE COURT

Considered and ordered this _17_ day of _January_, 2018, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge